# In the United States District Court For the Middle District of Alabama

| | |
|---|---|
| Vizionworks, LL, <br><br>         Plaintiff(s), <br><br> v. <br><br> Doyce W. Ellenburg, an individual, Shirley Ellenburg, an individual, and Summit Realty Southeast, a corporation, <br><br>         Defendant(s). | ) <br> )    <u>SUMMONS</u> <br> ) <br> ) (Issued pursuant to Rule 4 <br> ) of the Federal Rules of <br> ) Civil Procedure or other <br> ) appropriate laws.) <br> ) <br> ) CIVIL ACTION CASE NUMBER: <br> )    2:07CV96-MEF <br> ) |

TO DEFENDANT

        Summit Realty Southeast, LLC
        c/o Robert Seth Shelby, Jr., its registered agent
        1975 Mall Blvd, Suite 200
        Auburn, Alabama 36830

    You are hereby summoned and required to serve upon plaintiff's attorney(s):

    L. Graves Stiff, III or W. Drake Blackmon, Starnes & Atchison LLP, P.O. Box 598512, Birmingham, Alabama 35209

a response to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/5/07

*Debra P. Hackett*
_____, CLERK

By: [signature]
    Deputy Clerk
    (SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NOTE:   A separate summons must be prepared for each defendant.

                              CLERK, U. S. DISTRICT COURT
                              Middle DISTRICT OF ALABAMA
                              One Church Street
                              Montgomery, Alabama 36104

(3/92)

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2007, I served this summons together with the complaint as follows:

☐      By personal service on the defendant at

☐      By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐      By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                        *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
*Date*                        *Authorized or Specially Appointed Process Server*

Cost of Service:     Service fee:                                            $ 0.00
                        Expenses: _____ miles @ _____ cents              $ 0.00

                                                                TOTAL:      $ 0.00

# In the United States District Court For the Middle District of Alabama

Vizionworks, LLC, a limited liability corporation,  )
                                                    )         **SUMMONS**
                    Plaintiff(s),                   )
                                                    )   (Issued pursuant to Rule 4
    v.                                              )   of the Federal Rules of
                                                    )   Civil Procedure or other
Doyce W. Ellenburg, an individual, Shirley Ellenburg )  appropriate laws.)
an individual and Summit Realty                     )
Southeast, a corporation,                           )   CIVIL ACTION CASE NUMBER:
                                                    )
                    Defendant(s).                   )   2:07CV96- MEF

TO DEFENDANT

Shirley Ellenberg
5852 Shelby Home Road
Gulf Shores, Alabama 36542

You are hereby summoned and required to serve upon plaintiff's attorney(s):

L. Graves Stiff, III or W. Drake Blackmon, Starnes & Atchison, LLP, Post Office Box 598512, Birmingham, Alabama 35259

a response to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/5/07

*Debra P. Hackett*, CLERK

By: [signature]
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE:   A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PO Box 711
Montgomery, Alabama 36101-0711

(3/92)

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, 2007, I served this summons together with the complaint as follows:

☐      By personal service on the defendant at

☐      By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐      By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____  
*Date*                        *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____  
*Date*                        *Authorized or Specially Appointed Process Server*

| | | |
|---|---|---|
| Cost of Service: | Service fee: | $ 0.00 |
| | Expenses: _____ miles @ _____ cents | $ 0.00 |
| | TOTAL: | $ 0.00 |

# In the United States District Court For the Middle District of Alabama

| | | |
|---|---|---|
| Vizionworks, LL, | ) | |
| | ) | SUMMONS |
| Plaintiff(s), | ) | |
| | ) | (Issued pursuant to Rule 4 |
| v. | ) | of the Federal Rules of |
| | ) | Civil Procedure or other |
| Doyce W. Ellenburg, an individual, Shirley Ellenburg, | ) | appropriate laws.) |
| an individual, and Summit Realty | ) | |
| Southeast, a corporation, | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:07cv96-MEF |
| Defendant(s). | | |

TO DEFENDANT

Doyce Ellenburg
5852 Shelby Home Road
Gulf Shores, Alabama 36542

You are hereby summoned and required to serve upon plaintiff's attorney(s):

L. Graves Stiff, III or W. Drake Blackmon, Starnes & Atchison LLP, P.O. Box 598512, Birmingham, Alabama 35209

a response to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. A signed copy of your response MUST also be filed with the court.

DATE: 2/5/07

*Debra P. Hackett*
_____,CLERK

By: _____
Deputy Clerk
(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
Middle DISTRICT OF ALABAMA
One Church Street
Montgomery, Alabama 36104

(3/92)

CASE NO. _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, <u>2007</u>, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____  
*Date*                              *Authorized or Specially Appointed Process Server*

I hereby certify and return this _____ day of _____, _____, that I am unable to locate the individual, company, corporation, etc. named in this summons.

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____  
*Date*                              *Authorized or Specially Appointed Process Server*

| | | | |
|---|---|---|---|
| Cost of Service: | Service fee: | | $ <u>0.00</u> |
| | Expenses: _____ miles @ _____ cents | | $ <u>0.00</u> |
| | | TOTAL: | $ <u>0.00</u> |