**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Summit Realty Southeast, LLC
    c/o Robert Seth Selby, Jr.
    1975 Mall Blvd, Suite 200
    Auburn, Alabama 36830

    Sms & Cnp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Peggy Carroll
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   2/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:07cv96

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 3110 0001 1829 2640

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540