**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shirley Ellenburg
   5852 Shelby Home Road
   Gulf Shores, Alabama 36542

   2:07cv96

2. Article Number
   (Transfer from service label)     7004 0750 0002 7448 4332

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Doyce Ellen[burg]*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Doyce Ellenburg    2-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Sms & cmp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Doyce W. Ellenburg
   Doyce Ellenburg
   Br: 5852 Shelby Home Road
   Gulf Shores, Alabama 36542

   2:07 cv96-MEF

2. Article Number
   (Transfer from service label)     7005 3110 0001 1829 2657

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Doyce Ellen*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Doyce Ellenburg    2-12-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   Sn & Cmp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes