IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIZIONWORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-96-MEF |
| | ) |
| DOYCE W. ELLENBURG, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Change Venue (Doc. #6) filed on March 5, 2007, 2006, it is hereby

ORDERED that the plaintiff and non-moving defendant show cause in writing on or before March 19, 2007 as to why the motion should not be granted.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE