## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **VIZIONWORKS, LLC, a limited liability corporation,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DOYCE W. ELLENBURG, an individual;** )<br>**SHIRLEY F. ELLENBURG, an individual;** )<br>**SUMMIT REALTY SOUTHEAST, LLC,** )<br>a corporation, )<br>)<br>**Defendants.** ) | CASE NO. 2:07-CV-96-MEF |

### REPLY TO INTERPLEADER COUNTERCLAIM

COMES NOW the Plaintiff, VIZIONWORKS, LLC (Vizionworks), and hereby submits its Reply to the Interpleader Counterclaim filed by Defendant SUMMIT REALTY SOUTHEAST (SRS) and states as follows:

1. Vizionworks admits that on May 25, 2006, it entered into a Purchase and Sale Agreement (the Agreement) with Doyce W. and Shirley F. Ellenburg (the Ellenburgs) for the purchase of the property made the basis of this lawsuit.

2. Vizionworks further admits that it deposited $200,000.00 in earnest money with SRS, and that following an investigation of the subject property during the due diligence period provided for in the Agreement, it informed SRS and the Ellenburgs that it was exercising its right to cancel the Agreement and that it wanted the return of the earnest money.

{B0687371}

3. Vizionworks admits that the Ellenburgs have also made a demand for the subject earnest money.

4. Vizionworks is without sufficient information to admit or deny the remaining averments of the Interpleader Counterclaim; however, Vizionworks has no objection to the Interpleader action. Vizionworks requests that SRS be allowed to deposit the $200,000.00 earnest money with the Clerk of the Court so that this Court may adjudge whether Vizionworks or the Ellenburgs is entitled to said earnest money.

Respectfully Submitted

s/L. Graves Stiff, III.
L. Graves Stiff, III.
Bar Number: ASB-0693-S70L
W. Drake Blackmon
Bar Number: ASB-1566-W86B
Attorneys for Vizionworks, LLC
STARNES & ATCHISON, LLP
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: Gstiff@starneslaw.com
          Dblackmon@starneslaw.com

{B0687371}

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cowin Knowles, Esq.
BALL, BALL, MATHEWS & NOVAK, PA
PO Box 2148
Montgomery, AL 36102-2148


George L. Beck
CAPELL & HOWARD, P.C.
P.O. Box 2069
150 South Perry Street
Montgomery, Alabama 36104

                                            s/L. Graves Stiff, III.
                                            L. Graves Stiff, III.
                                            Bar Number: ASB-0693-S70L
                                            W. Drake Blackmon
                                            Bar Number: ASB-1566-W86B
                                            Attorneys for Vizionworks, LLC
                                            STARNES & ATCHISON, LLP
                                            100 Brookwood Place, 7th Floor
                                            Birmingham, Alabama 35209
                                            Telephone: (205) 868-6000
                                            Fax: (205) 868-6099
                                            E-mail: Gstiff@starneslaw.com
                                                         Dblackmon@starneslaw.com

{B0687371}